[No. 24877-1-III.   Division Three.   February 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON L. WEGER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00912-6, Kenneth L. Jorgensen, J., entered December 6, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.